# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1275
_____

JONARD BANKS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Hamilton County.
Andrew J. Decker, Judge.

September 11, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.